IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:25-CR-00266-KDB-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| RAUL URIEL SANTIAGO-MARTINEZ, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss (Doc. No. 23) the Indictment (Doc. No. 15) as to Defendant Raul Uriel Santiago-Martinez without prejudice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 15) be **DISMISSED** without prejudice as to Defendant Raul Uriel Santiago-Martinez

**SO ORDERED.**

Signed: December 9, 2025

Kenneth D. Bell
United States District Judge